UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**<br><br>    Plaintiff,<br><br>  v.<br><br>**Charan Singh Dhillon;**<br>**Sukhwinder Singh;** and Does 1-10,<br><br>    Defendants. | Case No.: 2:14-cv-02838-WBS-AC<br><br>**ORDER ON APPLICATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed: December 4, 2014<br>Trial Date:          N/A |

Having read the Application to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **June 8, 2015**, and the scheduling conference, be continued to **June 22, 2015 at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  March 13, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE