UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARAN SINGH DHILLON, and SUKHWINDER SINGH,<br><br>　　　　Defendants. | No. 2:14-cv-2838 WBS AC (PS)<br><br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On October 1, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed October 1, 2015, are adopted in full;

　　　　2. Plaintiff's motion for default judgment (ECF No. 14) on plaintiff's ADA claim and

1

Unruh Civil Rights Act is granted;

    3.  Plaintiff is awarded statutory damages in the amount of $8,000;

    4.  Plaintiff is awarded $2,300 in attorneys' fees, plus $440 in fees and Costs; and

    5.  Plaintiff is granted an injunction requiring defendants forthwith to provide the correct number and type of properly configured disabled parking space(s), an accessible entrance door and an accessible transaction counter, all in accordance with the ADA and the ADAAG.

Dated:  November 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

John2838.801