## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SCOTT JOHNSON,**

CASE NO: **2:14–CV–02838–WBS–AC**

v.

**CHARAN SINGH DHILLON, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/6/15**

**Marianne Matherly**
Clerk of Court

ENTERED:  **November 6, 2015**

by: /s/  A. Kastilahn
Deputy Clerk