UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

V.

**Charan Singh Dhillon**, et al.,

    Defendants.

Case No.: 2:14-cv-02838-WBS-AC

**[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION**

### ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Sukhwinder Singh is continued to 10/12/2016 at 10:00 am in Courtroom 26, 8th floor of court located at 501 I street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: August 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams    -1-