UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>           Plaintiff,<br><br>    V.<br><br>**Charan Singh Dhillon**, et al.,<br><br>           Defendants. | Case No.: 2:14-cv-02838-WBS-AC<br><br>**[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examinations RE: Enforcement of Judgment of Sukhwinder Singh and Charan Singh Dhillon are continued to 2/1/17 at 10:00 am in Courtroom 26, 8th floor of court located at 501 I street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: October 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams            -1-