1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA

10  **Scott Johnson,**                         )  Case No.: 2:14-cv-02838-WBS-AC
11              Plaintiff,                      )
                                               )  [~~PROPOSED~~] **ORDER ON REQUEST**
12      V.                                      )  **FOR CONTINUANCE OF DEBTOR**
                                               )  **EXAMINATION**
13  **Charan Singh Dhillon**, et al.,           )
                                               )
14              Defendants.                     )  Date:        5/1/19
                                               )  Time:        10:00 a.m.
15                                              )  Courtroom:   26
                                               )
16  _____     )

17                          **ORDER**

18          Having read the foregoing request, and good cause appearing, it is hereby ORDERED

19  that the Debtor Examination RE: Enforcement of Judgment of Charan Singh Dhillon is

20  continued from 1/9/19 to 5/1/19 at 10:00 am in Courtroom 26, 8th floor of court located at 501

21  I street, Sacramento, CA 95814.

22          IT IS SO ORDERED.

23  DATED: January 7, 2019

24
25  _____
26  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE
27
28

Proposed Order              -1-