# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case: **2:14-cv-02838-WBS-AC** |
| Plaintiff, | |
| v. | [PROPOSED] **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| **Charan Singh Dhillon**, et al., | |
| Defendants. | Date: 7/17/19<br>Time: 10:00 am<br>Courtroom: 26 |

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Charan Singh Dhillon, scheduled for 7/17/19 is vacated.

Dated: July 16, 2019  _____

ALLISON CLAIRE
US MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam